UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-545-MSS-AEP
18 U.S.C. § 611

GAYNELL JEFFRIES

## INFORMATION

The United States Attorney charges:

## COUNT ONE
### (Voting by Aliens)

On or about November 5, 2024, in the Middle District of Florida, the defendant,

GAYNELL JEFFRIES,

an alien of the United States, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

EP
1

In violation of 18 U.S.C. § 611(a).

GREGORY W. KEHOE
United States Attorney

By: _____
Ilyssa M. Spergel
Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section