## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:25-cr-545-MSS-AEP | DATE: | December 18, 2025 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAYNELL JEFFRIES | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Ilyssa Spergel AUSA | |
| | | **DEFENSE COUNSEL**<br>Howard Williams AFPD | |
| **COURT REPORTER:**      DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** | 10:06 to 10:14      **TOTAL:**  8 MIN | **PRETRIAL:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: INITIAL APPEARANCE, ARRAIGNMENT**

Defendant provided a copy of the indictment.      Arrested: appears on summons
Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral motion for appointment of counsel. Court finds defendant unable to afford counsel and grants motion.
Court appoints Public Defender's office.

Bond: Government is not seeking detention, surrender passport, travel restricted to MDFL.
Defendant in agreement
Court:    appear in court in accordance with all notices, travel restricted to the MDFL, reside at current residence and
        cannot move without prior court approval, cannot commit another crime.

ROR Bond.    Report to Pretrial Services as directed.
Surrender passport (by COB on Monday 12/22) and do not apply for new travel documents, to include a passport.

INDICTMENT FILED AND COPIED TO DEFENDANT
DEFENDANT WAIVED READING OF INDICTMENT

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS
Status Reports – due on the 15th of each month
Trial term:    February 2026 trial term beginning week of February 2.

Oral motion for discovery.    Oral motion for reciprocal discovery.
Government to provide Rule 16(a); Defendant to provide Rule 16(b).
Referred to Magistrate Judge Porcelli for pretrial discovery order.    Pretrial discovery order to be electronically filed.

Oral Order of Rule 5 Due Process.    Defendant released on bond. (defendant to report to USMS for processing)