**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                          **Case No.:  8:25-Cr-545-MSS-AEP**

**GAYNELL JEFFRIES**
_____/

### UNOPPOSED MOTION TO CONTINUE TRIAL TERM AND EXTEND PRETRIAL MOTION DEADLINE

Gaynell Jeffries, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's February 2026 trial term, to the April 2026 trial term and extend pretrial motion deadlines by thirty (30) days. The government is not opposed to this request .[1]  As grounds in support thereof, Ms. Jeffries states:

1.    On December 18, 2025, Ms. Jeffries was charged via one count-information with one count of Voting by Aliens, all in violation of 18 U.S.C.§ 611(a).  Doc 1.

2.  This Court entered a *Pretrial Discovery Order and Notice of Trial and Status Conference*, setting this matter for February trial term, a Status Report to be

---

[1]The undersigned has conferred with Assistant United States Attorney Candace Garcia Rich, who has advised the government is not opposed to this request.

filed on the fifteenth of each month in lieu of a Status Conference and Pretrial motion deadlines such as attacking the sufficiency of the Indictment or seeking a bill of particulars set for January 02, 2026, and Motion to suppress set for January 16, 2026. Doc. 15.

3. Ms. Jeffries has since the initial appearance been released.

4. Discovery was provided by the government on December 19, 2025.

5. This is the first continuance sought in this matter.

6. Defense is seeking a continuance of the February 2026 trial term to April 2026 trial term and an extension of pretrial motion deadlines by sixty (30) days as defense additional time to review discovery with Ms. Jeffries and to assess defense strategies.

7. Ms. Jeffries is released and has no objection to this motion.

**MEMORANDUM OF LAW**

Local Rule 3.08 provide that a continuance may be allowed by order of the Court for good cause. Ms.Jeffries argues that the above listed reason in this motion satisfies the criteria of the local rule. Defense counsel submits that this is good cause for granting the requested continuance, and that the ends of justice would warrant a continuance.

WHEREFORE, the Defendant, Gaynell Jeffries, respectfully moves this Honorable Court to enter an Order continuing February 2026 trial term, to the April 2026 trial term and extend pretrial motion deadlines by thirty (30) days.

Respectfully submitted this 14th day of January 2026,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Regine Etienne
Regine Etienne, Esq.
Assistant Federal Public Defender
Florida Bar No. 123537
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: regine_etienne@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of January 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Ilyssa M. Spergel, AUSA

/s/ Regine Etienne
Regine Etienne, Esq.
Assistant Federal Public Defender
