UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-cr-545-MSS-AEP

GAYNELL JEFFRIES

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P.

17.1, the following status report. In response to the inquiries in the Court's order of

December 18, 2025, the United States herein states as follows:

1.      **Brief summary of the case's status:**

On December 18, 2025, Gaynell Jeffries, was arraigned on a criminal

Information charging her with one count of voting by an alien, in violation of 8

U.S.C.   Doc. 1. A plea of not guilty was entered. On December 19, 2025, discovery

was provided.

2.      **Possibility of a plea agreement as to each defendant:**

At this time defense is reviewing discovery before entering plea negotiations.

3.      **Number of days required for trial, for government's case-in-chief:**

If this case were to proceed to trial, the parties agree that the case would take

approximately one to two days to try, including jury selection.

4.      **Pending motions, dates on which they were filed, and whether they
        are ripe for determination:**

There are no pending motions. Defense anticipates filing a motion for a two-cycle continuance, to which the government does not object.

5.    **Potential speedy trial problems:**

There are currently no speedy trial problems. This case is currently set for the February 2026 trial term. Doc. 15.

The United States consulted with counsel for the defendant herein and both parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/ Ilyssa M. Spergel*
        Ilyssa M. Spergel
        Assistant United States Attorney
        Florida Bar No. 0102856
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) 274-6300
        Facsimile: (813) 274-6178
        E-mail: ilyssa.spergel@usdoj.gov

3

**U.S. v. Jeffries**                          **Case No. 8:25-cr-545-MSS-AEP**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 15, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to counsel of record.

*/s/ Ilyssa M. Spergel*
Ilyssa M. Spergel
Assistant United States Attorney
Florida Bar No. 0102856
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6300
Facsimile: (813) 274-6178
E-mail: ilyssa.spergel@usdoj.gov

4