UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-cr-545-MSS-AEP

GAYNELL JEFFRIES

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of December 18, 2025, the United States herein states as follows:

1.     **Brief summary of the case's status:**

On December 18, 2025, Gaynell Jeffries, was arraigned on a criminal Information charging her with one count of voting by an alien, in violation of 18 U.S.C.  611 (a). Doc. 1. A plea of not guilty was entered. On December 19, 2025, discovery was provided.

2.     **Possibility of a plea agreement as to each defendant:**

At this time defense is reviewing discovery before entering plea negotiations.

3.     **Number of days required for trial, for government's case-in-chief:**

If this case were to proceed to trial, the parties agree that the case would take approximately one to two days to try, including jury selection.

4.     **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

**5.      Potential speedy trial problems:**

There are currently no speedy trial problems. Defense has waived speedy trial through April 30, 2026. Doc. 23. This case is currently set for the April 2026 trial term. Doc. 22,

The United States consulted with counsel for the defendant herein and both parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:   /s/ Ilyssa M. Spergel
      Ilyssa M. Spergel
      Assistant United States Attorney
      Florida Bar No. 0102856
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602
      Telephone: (813) 274-6300
      Facsimile: (813) 274-6178
      E-mail: ilyssa.spergel@usdoj.gov

3

**U.S. v. Jeffries**                    **Case No. 8:25-cr-545-MSS-AEP**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 12, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to counsel of record.

*/s/ Ilyssa M. Spergel*

Ilyssa M. Spergel
Assistant United States Attorney
Florida Bar No. 0102856
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6300
Facsimile: (813) 274-6178
E-mail: ilyssa.spergel@usdoj.gov

4