**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                        **Case No.:  8:25-Cr-545-MSS-AEP**

**GAYNELL JEFFRIES**

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL TERM

Gaynell Jeffries, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's April 2026 trial term, to the May 2026 trial term. The government is not opposed to this request .[1]  As grounds in support thereof, Ms. Jeffries states:

1.      On December 18, 2025, Ms. Jeffries was charged via one count-information with one count of Voting by Aliens, all in violation of 18 U.S.C.§ 611(a).  Doc 1.

2.      Ms. Jeffries has since the initial appearance been released.

3.      Discovery was provided by the government on December 19, 2025.

4.      Undersigned counsel is engaged in plea negotiations with the Government and will need additional time finalize those potential plea negotiations.

---

[1]The undersigned has conferred with Assistant United States Attorney Ilyssa Spergel, who has advised the government is not opposed to this request.

5.   This is the second continuance sought in this matter.

6.   Defense is seeking a continuance of the April 2026 trial term to May 2026 trial term as defense needs additional time to continue negotiations with the government and review the potential plea with Ms. Jefferies.

7.   Ms. Jeffries is released and has no objection to this motion.

## MEMORANDUM OF LAW

Local Rule 3.08 provide that a continuance may be allowed by order of the Court for good cause. Ms. Jeffries argues that the above listed reason in this motion satisfies the criteria of the local rule. Defense counsel submits that this is good cause for granting the requested continuance, and that the ends of justice would warrant a continuance.

WHEREFORE, the Defendant, Gaynell Jeffries, respectfully moves this Honorable Court to enter an Order continuing April 2026 trial term, to the May 2026 trial term.

Respectfully submitted this 23rd day of March 2026,

2

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Regine Etienne*
Regine Etienne, Esq.
Assistant Federal Public Defender
Florida Bar No. 123537
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: regine_etienne@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Ilyssa M. Spergel, AUSA

*/s/ Regine Etienne*
Regine Etienne, Esq.
Assistant Federal Public Defender

3