UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:25-cr-545-MSS-AEP

GAYNELL JEFFRIES

## GOVERNMENT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of December 18, 2025, the United States herein states as follows:

**1.      Brief summary of the case's status:**

On December 18, 2025, Gaynell Jeffries, was arraigned on a criminal Information charging her with one count of voting by an alien, in violation of 18 U.S.C.  611 (a). Doc. 1. A plea of not guilty was entered. On December 19, 2025, discovery was provided.

**2.      Possibility of a plea agreement as to each defendant:**

The government has provided a plea agreement to defense, who is still reviewing discovery.

**3.      Number of days required for trial, for government's case-in-chief:**

If this case were to proceed to trial, the parties agree that the case would take approximately one to two days to try, including jury selection.

**4.      Pending motions, dates on which they were filed, and whether they**

**are ripe for determination:**

There are no pending motions.

**5.      Potential speedy trial problems:**

There are currently no speedy trial problems. Defense has waived speedy trial through June 30, 2026. Doc. 28. This case is currently set for the May 2026 trial term. Doc. 27.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:     */s/ Ilyssa M. Spergel*
Ilyssa M. Spergel
Assistant United States Attorney
Florida Bar No. 0102856
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6300
Facsimile: (813) 274-6178
E-mail: ilyssa.spergel@usdoj.gov

2

**U.S. v. Jeffries**                    **Case No. 8:25-cr-545-MSS-AEP**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to counsel of record.

> */s/ Ilyssa M. Spergel*
> Ilyssa M. Spergel
> Assistant United States Attorney
> Florida Bar No. 0102856
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida 33602
> Telephone: (813) 274-6300
> Facsimile: (813) 274-6178
> E-mail: ilyssa.spergel@usdoj.gov

3