# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE MARY S. SCRIVEN

| | |
|---|---|
| CASE NO.  8:25-cr-00545-MSS-AEP | DATE:  June 15, 2026 |
| TITLE:<br><br>**UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>v.<br><br>**GAYNELL JEFFRIES,**<br><br>          Defendant, | |
| TIME:  2:12 PM – 2:27 PM | TOTAL:  15 MIN |

| | |
|---|---|
| Courtroom Deputy: Cynthia Biron | |
| Court Reporter:  David Collier | |
| Counsel for Plaintiff:  Ilyssa Spergel | |
| Counsel for Defendant:  Regine Etienne | |

### *CLERK'S MINUTES: PROCEEDINGS OF STATUS CONFERENCE*

Court called to session.

Defendant intends to go to trial, and requests a bench trial.

Bench Trial will be scheduled for August 25, 2026.

A Status Conference will be held on July 22nd at 10:00 AM.

Court adjourned.