# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **Case No. 8:25-CR-545-MSS-AEP**

**GAYNELL JEFFRIES**

_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, **GAYNELL JEFFRIES,** in the above-styled cause. The Clerk is requested to enter the appearance of **STEPHEN CONSUEGRA**, Assistant Federal Public Defender, **as co-counsel** for the Defendant.

DATED this 16th day of June 2026.

CHARLES PRITCHARD, JR.
FEDERAL DEFENDER

*/s/ Stephen Consuegra*
Florida Bar No. 105816
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of June 2026, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Ilyssa Spergel, AUSA

*<u>/s/ Stephen Consuegra</u>*
Assistant Federal Defender