# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:25cr545-MSS-AEP

GAYNELL JEFFRIES

_____/

## LIMITED WAIVER OF SPEEDY TRIAL

Defendant, GAYNELL JEFFRIES, by and through undersigned counsel, hereby freely and voluntarily waives her right to speedy trial under 18 U.S.C. § 3161 and the United Constitution through September 30, 2026.

**DATED** this __19__ day of June 2026.


_____
Gaynell Jeffries
Defendant


_____
Regine Etienne
Assistant Federal Public Defender
Florida Bar No. 123537
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Email: regine_etienne@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 23, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA  Illysa Spergel

/s/ *Regine Etienne*
Regine Etienne
Assistant Federal Public Defender