UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:25-cr-545-MSS-AEP

GAYNELL JEFFRIES

### GOVERNMENT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of December 18, 2025, the United States herein states as follows:

1.     **Brief summary of the case's status:**

On December 18, 2025, Gaynell Jeffries, was arraigned on a criminal Information charging her with one count of voting by an alien, in violation of 18 U.S.C.  611 (a). Doc. 1. A plea of not guilty was entered. On December 19, 2025, discovery was provided.

2.     **Possibility of a plea agreement as to each defendant:**

This case is set this case for a bench trial on August 25, 2026. Doc. 40.

3.     **Number of days required for trial, for government's case-in-chief:**

The parties agree that the case would take approximately one to two days to try.

4.     **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

**5.     Potential speedy trial problems:**

There are currently no speedy trial problems. Defense has waived speedy trial through September 30, 2026. Doc. 39.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/ Ilyssa M. Spergel*
        Ilyssa M. Spergel
        Assistant United States Attorney
        Florida Bar No. 0102856
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) 274-6300
        Facsimile: (813) 274-6178
        E-mail: ilyssa.spergel@usdoj.gov

2

**U.S. v. Jeffries**                                **Case No. 8:25-cr-545-MSS-AEP**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to counsel of record.

                                                      */s/ Ilyssa M. Spergel*
                                                      Ilyssa M. Spergel
                                                      Assistant United States Attorney
                                                      Florida Bar No. 0102856
                                                      400 N. Tampa Street, Suite 3200
                                                      Tampa, Florida 33602
                                                      Telephone: (813) 274-6300
                                                      Facsimile: (813) 274-6178
                                                      E-mail: ilyssa.spergel@usdoj.gov

3