UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-545-MSS-AEP

GAYNELL JEFFRIES

---

**VERDICT FORM**

1. **Count One of the Information**

As to the offense of voting by an alien, in violation of 18 U.S.C. § 611(a), The Honorable Mary S. Scriven, finds the defendant, Gaynell Jeffries:

Guilty ______________________ Not Guilty X

On this 25th date of August, 2026.