**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No.: 8:25-cr-00545-MSS-AEP**

**GAYNELL JEFFRIES,**

**Defendant,**
_________________________________/

**JUDGMENT OF ACQUITTAL**

This cause having come for a bench trial before the Court, and the Court having returned a verdict of not guilty as to Count One of the Information, it is

**ORDERED AND ADJUDGED:**

The Defendant, Gaynell Jeffries, is not guilty of the offense charged against her in Count One of the Information.

**DONE AND ORDERED** in Tampa, Florida on August 28, 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
U.S. Pretrial Services
U.S. Probation